UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC A. GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE,<br>   SECRETARY OF STATE,<br><br>    Defendant. | Civil Action No. 05-cv-0185<br><br>Judge Henry H. Kennedy |

**ORDER**

Upon consideration of the Parties Joint Report under Local Rule 16.3, and the proceedings held in Court on February 3, 2006, this Court hereby orders the following procedural schedule:

(1) Initial disclosures required by Fed. R. Civ. P. 26(a)(1) are waived by the Parties;

(2) Discovery shall commence immediately and shall be completed within d210 days from the issuance of this Order;

(3) Dispositive motions, if any, shall be filed 45 days after the close of discovery; opposition briefs may be filed 30 days thereafter; and reply briefs may be filed 20 days after opposition briefs are filed;

(4) The Parties are limited to twenty-five (25) interrogatories and seven (7) depositions per party; and

(5) Expert witnesses shall be designated no later than sixty (60) days after the commencement of discovery, and any rebuttal experts shall be designated within thirty

2

(30) days thereafter.

                                                                  UNITED STATES DISTRICT JUDGE

Serve:
Michael W. Beasley, Esq.
411 East Broad Street
Falls Church, Virginia  22046

W. Mark Nebeker
Assistant U.S. Attorney
U. S. Attorney's Office – Civil Division
555 4th Street, N. W.
Washington, D. C.  20530