UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC A. GARCIA, )<br>  )<br>    Plaintiff, )<br>  )<br> v. )<br>  )<br> CONDOLEEZZA RICE, )<br>   In Her Official Capacity as Secretary, )<br>   United States Department of State, )<br>  )<br>    Defendant. )<br>  ) | Civil Action No. 05-1285 (HHK) |

**PARTIES' JOINT MOTION FOR EXTENSION
OF TIME TO COMPLETE DISCOVERY**

The parties to this proceeding, by and through counsel, hereby jointly submit this Motion for an extension of time to complete discovery, and in support thereof submit the following facts and circumstances.

1.  Discovery in this case currently is due to conclude on or about September 1, 2006, with dispositive motions due on October 16, 2006.

2.  Although the parties have commenced discovery, the discovery in this case is extensive, covering several sets of specific circumstances and occurrences involving promotions, transfers, awards, disciplinary actions, and other events. It is estimated that several boxes of documents will be produced by each party, to be followed by deposition testimony numbering at least ten witnesses.

3.  Substantive discovery progress has continued to be hampered by the Active Military Duty mobilization and deployment of Plaintiff Marc Garcia as an officer of the United States Army Special Operations Command, commencing in October 2005. The

Court has been apprised of this deployment as an initial matter contained in the Joint Report submitted in this case. Such deployment has left Plaintiff unable to actively participate in document discovery, or the deposition of witnesses.

4. Plaintiff Garcia's period of active military service currently is scheduled to terminate in early October 2006. Following his release from military service, Plaintiff Garcia is anticipated to be fully available for all actions required for the completion of discovery in this case.

5. Additionally, both counsel in this proceeding are involved intensively with other Federal Court litigation. Specifically, Plaintiff's counsel has Fourth U. S. Circuit Court of Appeals briefs due in September and October 2006.

6. As a result of the discovery work remaining to be accomplished, the Plaintiff's unavailability due to military mobilization and deployment, and the counsel schedules cited herein, the parties respectfully move to extend discovery to November 30, 2006.

7. Additionally, the parties would respectfully request that the requirement for the submission of dispositive motions be postponed to January 18, 2007.

A proposed Order is attached for the Court's consideration.

                              Respectfully submitted,

  /S/                                           /S/
MICHAEL W. BEASLEY, ESQ.         KENNETH L. WAINSTEIN
D. C. Bar No. 248930             D. C. Bar No. 451058
411 East Broad Street            United States Attorney
Falls Church, Virginia  22046
Phone: (703) 241-2909              /S/
Fax: (703) 241-5885              R. CRAIG LAWRENCE
E-Mail: beasleys@erols.com       D. C. Bar No. 171538
                                 Assistant United States Attorney
Counsel for Plaintiff
  Marc A. Garcia

          /S/
_____
WILLIAM MARK NEBEKER
D. C. Bar No. 396739
Assistant United States Attorney
U. S. Attorney's Office, Civil Division
Judiciary Center Building
555 4th Street, N. W.
Washington, D. C. 20530
Phone: (202) 514-7226
E-Mail: Mark.Nebeker@usdoj.gov

Counsel for Defendant

Dated: August 18, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC A. GARCIA,<br><br>  Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE,<br>  In Her Official Capacity as Secretary,<br>  United States Department of State,<br><br>  Defendant. | Civil Action No. 05-1285 (HHK) |

## ORDER

This matter comes before the Court pursuant to the Joint Motion of the parties for an extension of time to complete discovery in this proceeding. Based upon the facts and circumstances set forth in the Motion, and the full record of this proceeding, the Joint Motion is hereby GRANTED.

IT IS HEREBY ORDERED that discovery in this proceeding will conclude not later than November 30, 2006. Additionally, dispositive motions in this proceeding must be submitted not later than January 18, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

4

Serve:

Michael W. Beasley, Esq.
411 East Broad Street
Falls Church, Virginia  22046
Beasleys@erols.com

William Mark Nebeker
Assistant United States Attorney
Office of the U. S. Attorney for the District of Columbia
555 4th Street, N. W. – Civil Division
Washington, D. C.  20530
Mark.Nebeker@usdoj.gov