```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MARC A. GARCIA,                          )
                                         )
        Plaintiff,                       )
                                         )
    v.                                   ) Civil Action No. 05-1285 HHK
                                         )
CONDOLEEZZA RICE, Secretary of State     )
    of the United States of America,     )
                                         )
        Defendant.                       )
                                         )
```

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file any motion to compel discovery that may be needed in this action up to and including January 16, 2007. Counsel for Plaintiff, Michael Beasley, Esq., has indicated this date that he does not oppose an enlargement of time for this purpose.[1]

Defendant's counsel requests this additional time, because, although Defendant seeks supplementation of Plaintiff's written discovery responses, Plaintiff has indicated through counsel that he shall provide supplementation to his discovery responses on or before December 15, 2006.[2] The parties contacted chambers

---

[1] Indeed, if the Court is inclined to grant Plaintiff's Unopposed Motion being filed this date, then this motion would be moot, as Defendant presumes the discovery period would be extended and the time to move to compel discovery would thereby also be enlarged.

[2] Defendant served written discovery requests on May 26, 2006. Unsworn responses were received from Plaintiff on November 20, 2006.

yesterday and conferred with the Court's law clerk to advise that a discovery issue had arisen, but that, as contemplated in the Court's February 6, 2006 Order, ¶ 11, the parties had reached an interim agreement on the issue.  Defendant is hopeful that the matter will be completely resolved with Plaintiff's supplementation by December 16, 2006, but seeks to protect her ability to challenge even the supplemental discovery responses, if they are deemed inadequate.

    WHEREFORE, Defendant requests an enlargement of time in this matter.  A proposed Order consistent with the foregoing motion is attached hereto.

                                    Respectfully submitted,

                                    _____
                                    JEFFREY A. TAYLOR, DC Bar #498610
                                    United States Attorney

                                    _____
                                    RUDOLPH CONTRERAS, DC Bar #434122
                                    Assistant United States Attorney

                                    _____
                                    W. MARK NEBEKER, DC Bar #396739
                                    Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof has been made through the Court's electronic transmission facilities on this 30th day of November, 2006.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230