UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARC A. GARCIA,                        )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )Civil Action No. 05-1285 HHK
                                       )
CONDOLEEZZA RICE, Secretary of State)
  of the United States of America,   )
                                       )
        Defendant.                     )
_____)

ORDER

UPON CONSIDERATION of defendant's Unopposed Motion For An

Enlargement, And Memorandum In Support Thereof, and the grounds

stated therefor, and the entire record herein, it is on this

_____ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is

granted; and it is

FURTHER ORDERED that the time by which Defendant may file

any motion to compel discovery herein is enlarged up to and

including January 16, 2007.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

MICHAEL W. BEASLEY, ESQ.
411 East Broad Street
Falls Church, VA  22046