UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC A. GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE,<br>   In Her Official Capacity as Secretary,<br>   United States Department of State,<br><br>    Defendant. | Civil Action No. 05-1285 (HHK) |

**PLAINTIFF'S CONSENT MOTION FOR STAY OF PROCEEDING OR, ALTERNATIVELY, EXTENSION OF TIME TO COMPLETE DISCOVERY**

Plaintiff in this proceeding, by and through counsel, hereby submits this Motion for a temporary (60 day) Stay of Proceeding for the conduct of settlement negotiations or, alternatively, for an extension of time of forty-five (45) days to complete remaining discovery, and in support thereof submit the following facts and circumstances.

1. Discovery in this case currently is due to conclude on November 30, 2006, with dispositive motions due on January 18, 2007.

Stay of Proceeding

2. As a result of developments in the discovery phase of this proceeding, and because of attendant developments in a claim by Plaintiff Garcia against his Department of State employer before the Merit Systems Promotion Board (MSPB), in which Plaintiff Garcia has prevailed in part, the parties believe that a sixty (60) day stay of this proceeding will be beneficial. The purpose of such stay is for the parties to explore fully the possibility of a global settlement of all claims by Plaintiff against Defendant in the

two concurrent proceedings. The timing of this request would be to achieve such settlement discussions prior to the conduct of final depositions in the Federal litigation, which will prove enormously time consuming and costly to both parties. During the period of stay, the parties would request assistance from the Court for the intervention of a Magistrate Judge, if appropriate, to enhance the possibility of achieving settlement. Should settlement not be successfully achieved, the parties would then need approximately thirty to forty-five days to complete depositions for the Federal Court litigation.

      Extension of Time to Complete Discovery

      3. Through the period of late November 2006, Plaintiff Marc Garcia (an Army Reserve officer) has been on a combination of active tours of military duty, including post-duty military leave, which duty commenced in October 2005. While Plaintiff and his counsel initially anticipated the substantial availability of Plaintiff during his involuntary tour of military duty in support of the Global War on Terrorism, Plaintiff was fully engaged in military activities during his military service. Additionally, Plaintiff was deployed on temporary periods of overseas service during his 12-month duty period, rendering him unavailable for litigation purposes -- particularly during the discovery phase of the proceeding. The requested extension of the period of discovery will enable Plaintiff to engage personally in the remainder of discovery activities, primarily involving the conduct of depositions. The parties estimate that approximately thirty to forty-five (30-45) additional days will be needed to conduct those depositions, which already have been noticed by the parties.

4. Additionally, certain documents requested by Plaintiff during discovery have been noted by Defendant to be available only through the issuance by the Court of a Protective Order.  Plaintiff has requested that Defendant provide an appropriate Confidentiality Agreement in order to facilitate the provision of these documents, and the requested extension will permit the parties to discuss what information plaintiff seeks and whether and with what protections such information might be provided.  Similarly, the parties called chambers yesterday to discuss resolution of other discovery concerns that defendant wished to address, but Plaintiff's counsel has indicated that plaintiff shall supplement his written discovery responses on or before December 15, 2006.  And the parties have stipulated in writing to conduct depositions after the discovery is supplemented.  Thus, the issue appears not yet ripe for intervention by the Court.

5. Finally, both counsel in this proceeding have been involved extensively with other Federal Court litigation.  Specifically, Plaintiff's counsel has submitted a large Appellate Brief and Joint Appendix before the Fourth U. S. Circuit Court of Appeals in early November 2006, with a Reply Brief due in mid-December 2006.  And counsel for Defendant advises that with three other attorneys in his office departing, he has received and is receiving additional cases in need of immediate attention.  The requested extension of time to complete discovery in this proceeding will enable also the completion of these other litigation requirements.

6. It is noted that any Status Hearing to be scheduled by the Court in this case will not occur before May 2007, pursuant to the Court's Minute Order of August 18, 2006.

In summary, the Parties' preferred manner of proceeding would be for the Court to approve the requested sixty-day stay of litigation, to enable sufficient time for the global settlement discussions to take place prior to incurring the necessary time and expense of conducting a number of lengthy depositions in this proceeding. If such a stay is not desired by the Court, however, it is respectfully requested that the forty-five (45) day extension to complete remaining discovery be granted.

If either alternative form of proceeding requested by this Motion is granted, the Court would need to delay the submission of dispositive motions, currently scheduled for January 18, 2007.

A proposed Order is provided for the Court's consideration.

                                              Respectfully submitted,

                                              /S/
                                            MICHAEL W. BEASLEY, ESQ.
                                            D. C. Bar No. 248930
                                            411 East Broad Street
                                            Falls Church, Virginia  22046
                                            Phone:  (703) 241-2909
                                            (703) 241-5885
                                            E-Mail:  beasleys@erols.com

                                            Counsel for Plaintiff

Dated:  November 30, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC A. GARCIA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CONDOLEEZZA RICE,  )<br>   In Her Official Capacity as Secretary,  )<br>    United States Department of State,  )<br>  )<br>    Defendant.  )<br>  ) | Civil Action No. 05-1285 (HHK) |

**ORDER**

This matter comes before the Court pursuant to the Plaintiff's Consent Motion for a stay of proceeding to pursue settlement discussions, or, in the alternative, for an extension of time to complete discovery in this proceeding. Based upon the facts and circumstances set forth in the Motion, and the full record of this proceeding, the Plaintiff's Consent Motion is hereby GRANTED.

IT IS HEREBY ORDERED that this proceeding is stayed until January 31, 2007, in order for the parties to pursue settlement discussions. The parties are directed to contact the Court if it is determined that the assistance of a Magistrate Judge will enhance such discussions. The parties should submit a Joint Report to the Court not later than February 1, 2007, reporting on the status of settlement. At that time, the Court also will consider any further submissions of the parties regarding any required final actions

regarding discovery, and the proposed submission dates for dispositive motions in this proceeding.

                                              UNITED STATES DISTRICT JUDGE

Dated: _____

Serve:

Michael W. Beasley, Esq.
411 East Broad Street
Falls Church, Virginia  22046
Beasleys@erols.com

W. Mark Nebeker
Assistant United States Attorney
Office of the U. S. Attorney for the District of Columbia
555 4th Street, N. W. – Civil Division
Washington, D. C.  20530
Mark.Nebeker@usdoj.gov

6