**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARC A. GARCIA,               ) | |
|                     ) | |
|     Plaintiff,        ) | |
|                     ) | |
| v.                    ) | Civil Action No. 05-1285 (HHK) |
|                     ) | |
| CONDOLEEZZA RICE,     ) | |
|   In Her Official Capacity as Secretary,   ) | |
|   United States Department of State,   ) | |
|                     ) | |
|     Defendant.      ) | |
|                     ) | |

**PLAINTIFF'S CONSENT MOTION**
**FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

Plaintiff in this proceeding, by and through counsel, hereby submits this Motion for an extension of time of forty-five (45) days to complete remaining discovery, which time period commences with the end of a current 60-day stay of proceeding (*i.e.* January 31, 2007), and ends March 16, 2007. In support thereof, Plaintiff submits the following facts and circumstances:

1. On November 30, 2006, Plaintiff submitted a Consent Motion for a 60-day stay of proceeding in order to conduct settlement discussions in this case or, alternatively, for a 45-day extension of time to complete discovery. The Court granted the Plaintiff's Consent Motion by its Minute Order of December 1, 2006, establishing a 60-day stay of the proceeding (ending on or about January 30, 2007).

2. During the interim period, the parties have further explored settlement, but have determined that no resolution of the case by settlement will be immediately available. The parties have further determined that there remain certain discovery

matters to be concluded, primarily among them the conduct of depositions (not yet conducted to save the time and expense of the conduct of depositions, had settlement discussions been fully successful), and the provisions of follow-up responses regarding previously submitted discovery requests.

3. With the stay of proceeding end date approaching, the parties have concluded that an additional period of 45 days will be necessary to conclude the discovery actions required for the case, including the conduct of depositions by both parties. The requested 45-day extension will permit the finalization of all discovery actions.

4. By previous Minute Order of the Court, issued August 18, 2006, the status hearing in this proceeding has been postponed until at least May 2007. Thus, no undue delay of the case docket is anticipated as a result of this action.

A proposed Order is provided for the Court's consideration.

Respectfully submitted,

         /S/
MICHAEL W. BEASLEY, ESQ.
D. C. Bar No. 248930
411 East Broad Street
Falls Church, Virginia  22046
Phone:  (703) 241-2909
Fax:  (703) 241-5885
E-Mail:  beasleys@erols.com

Counsel for Plaintiff

Dated:  January 16, 2007

Enclosure:  As stated

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARC A. GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE,<br>  In Her Official Capacity as Secretary,<br>  United States Department of State,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1285 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter comes before the Court pursuant to the Plaintiff's Consent Motion for an additional extension of time of 45-days to complete discovery in this proceeding, to commence on January 31, 2007, following the end of the current 60-day stay of the proceeding. Based upon the facts and circumstances set forth in the Motion, and the full record of this proceeding, the Plaintiff's Consent Motion is hereby GRANTED.

IT IS HEREBY ORDERED that discovery in this proceeding will end on March 16, 2007. As previously noted, a scheduling conference will be scheduled by the clerk in May 2007, when the business of the court permits.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

3

Serve:

Michael W. Beasley, Esq.
411 East Broad Street
Falls Church, Virginia  22046
Beasleys@erols.com

W. Mark Nebeker
Assistant United States Attorney
Office of the U. S. Attorney for the District of Columbia
555 4th Street, N. W. – Civil Division
Washington, D. C.  20530
Mark.Nebeker@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that one copy of the foregoing "Plaintiff's Consent Motion for

Extension of Time to Complete Discovery," with attached proposed Order, has been

served, by electronic mail (e-mail) and by first-class mail, postage prepaid, this 16th day

of January, 2007, to the following named counsel for Defendant in this proceeding:

 William Mark Nebeker, Esq.
Assistant United States Attorney
United States Attorney's Office - Civil Division
555 4th Street, N. W.
Washington, D. C.  20530
E-Mail:  mark.nebeker@usdoj.gov


                                        /S/
                                        Michael W. Beasley, Esq.
                                        D. C. Bar No. 248930
                                        Attorney for Plaintiff Marc A. Garcia