UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC A. GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE,<br>    As Secretary, U. S. Department of State,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1285 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S CONSENT MOTION
FOR FURTHER EXTENSION OF TIME TO COMPLETE DISCOVERY**

    Plaintiff in this proceeding, by and through counsel, hereby submits this Motion for an extension of time for an additional forty-five (45) days to complete remaining discovery, which currently ends March 16, 2007.  The requested extension would result in a new discovery end date on or before May 1, 2007.  In support thereof, Plaintiff submits the following facts and circumstances:

    1.  Plaintiff Garcia, a lieutenant colonel in the United States Army Reserve, has remained on consecutive periods of active military duty during the entire period for discovery established for this proceeding.  His most recent set of military orders reflects a conclusion of military service on May 22, 2007.  The various delays of completing the discovery in this proceeding have been largely attributable to these extended periods of Plaintiff's military duty, including overseas duty.  Plaintiff Garcia currently is assigned to the Washington, D.C., area through May 22, 2007, however, which should now permit his more active involvement for timely conclusion of all remaining discovery in the case.

2. It has been determined that several of the witnesses to be deposed by Plaintiff in this proceeding are no longer Government employees, and will have to be issued subpoenas for appearances out of the D.C. area. Contact information to enable this to occur has been sought from the Defendant Agency, and is expected to be received shortly. Service of necessary subpoenas should enable all remaining depositions to be scheduled and completed by the end of April 2007.

3. Counsel for Plaintiff is attempting to make a final effort in resolving certain remaining document discovery disputes prior to involving the Court in a motion to compel production. Any final issues for resolution will be brought to the Court for resolution prior to the end of March 2007.

4. It also is noted that Plaintiff is in the process of preparing an updated settlement demand in the case, and the process of seeking settlement shall continue during the remaining period of discovery.

5. By previous Minute Order of the Court, entered January 19, 2007, a Status Conference is set for May 11, 2007, at 10:45 a.m. The requested extension will not require modification of this Status Conference and, thus, no undue delay of the case docket is anticipated as a result of this motion.

A proposed Order is provided for the Court's consideration.

        Respectfully submitted,

        _____/S/_____
        MICHAEL W. BEASLEY, ESQ.
        D. C. Bar No. 248930
        411 East Broad Street
        Falls Church, Virginia  22046
        Phone:  (703) 241-2909
        Fax:  (703) 241-5885
        E-Mail:  beasleys@erols.com

        Counsel for Plaintiff

Dated:  March 15, 2007

Enclosure:  As stated

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC A. GARCIA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZZA RICE, )<br>    As Secretary, U.S. Department of State, )<br>)<br>    Defendant. )<br>) | Civil Action No. 05-1285 (HHK) |

## ORDER

This matter comes before the Court pursuant to the Plaintiff's Consent Motion for an additional extension of time of 45-days to complete discovery in this proceeding. Based upon the facts and circumstances set forth in the Motion, and the full record of this proceeding, the Plaintiff's Consent Motion is hereby GRANTED.

IT IS HEREBY ORDERED that discovery in this proceeding will end on or before May 1, 2007. The Status Conference currently scheduled for May 11, 2007, will remain on the Court's calendar.

_____

UNITED STATES DISTRICT JUDGE

Dated: _____

Serve:

Michael W. Beasley, Esq
411 East Broad Street
Falls Church, Virginia 22046
Beasleys@erols.com

W. Mark Nebeker.
Assistant United States Attorney
555 4th Street, N. W. – Civil Division
Washington, D. C. 20530
Mark.Nebeker@usdoj.gov

4

## **CERTIFICATE OF SERVICE**

I hereby certify that one copy of the foregoing "Plaintiff's Consent Motion for Additional Extension of Time to Complete Discovery," with attached proposed Order, has been served, by electronic mail (e-mail) and by first-class mail, postage prepaid, this 15th day of March, 2007, to the following named counsel for Defendant in this proceeding:

William Mark Nebeker, Esq.
Assistant United States Attorney
United States Attorney's Office - Civil Division
555 4th Street, N. W.
Washington, D. C.  20530
E-Mail:  mark.nebeker@usdoj.gov

        /S/
Michael W. Beasley, Esq.
D. C. Bar No. 248930
Attorney for Plaintiff Marc A. Garcia

5