UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC A. GARCIA,<br><br>      Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE,<br>  as United States Secretary of State,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-cv-1285<br>)         (HHK)<br>)<br>)<br>)<br>)<br>) |

**PRAECIPE**
**(PLAINTIFF'S ATTORNEY CHANGE OF ADDRESS)**

The Clerk of Court will please note the following change of address and point-of-contact information for the Plaintiff's counsel in this proceeding, effective May 1, 2007:

    Attorney for Plaintiff (no change):  Michael W. Beasley, Esq.
    New Address:  200 Park Avenue, Suite 106
                     Falls Church, Virginia  22046
    New Phone:  (703) 533-5875
    New Fax:  (703) 533-5876
    New E-Mail:  beasleys2@verizon.net

                                          Respectfully submitted,

                                            /s/  Michael W. Beasley
                                          Michael W. Beasley, Esq.
                                          D. C. Bar No. 248930
                                          200 Park Avenue, Suite 106
                                          Falls Church, Virginia  22046
                                          Phone:  (703) 533-5875
                                          Fax:  (703) 533-5876
                                          E-Mail:  beasleys2@verizon.net

                                          Attorney for Plaintiff

2

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that one copy of the foregoing Praecipe (Plaintiff's Attorney Change of Address) has been served through the Court's ECF filing system and also has been mailed, by first-class mail, postage prepaid, to the following named counsel for Defendant, this 1st day of May, 2007:

William Mark Nebeker
Assistant United States Attorney
555 4th Street, NW
Washington, D. C.  20530

                /s/  Michael W. Beasley
               Michael W. Beasley, Esq.
               D. C. Bar No. 248930
               Attorney for Plaintiff