UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARC A. GARCIA,                                )<br>                                                            )<br>     Plaintiff,                                       )<br>                                                            )<br>v.                                                         )   Civil Action No. 05-1285 (HHK)<br>                                                            )<br>CONDOLEEZZA RICE,                    )<br>     In Her Official Capacity as Secretary, )<br>     United States Department of State,  )<br>                                                            )<br>     Defendant.                                   )<br>                                                            ) | |

### PLAINTIFF'S MOTION FOR EXTENSION
### OF TIME TO COMPLETE DISCOVERY

Plaintiff Marc Garcia, by and through counsel, hereby moves for a further extension of time to complete discovery, to June 15, 2007, and in support thereof submit the following facts and circumstances.  Pursuant to the Local Rules, counsel for Defendant has been queried regarding Defendant's position on this motion, and has indicated that he may oppose such motion.

1. Discovery in this case currently is due to conclude on or about May 1, 2007. The Court, which has a Status Conference set for May 11, 2007, has not yet established a schedule for dispositive motions.

2. Plaintiff delivered to Defendant several follow-up interrogatories and document request clarifications on December 15, 2006.  Additionally, on December 16, 2007, Plaintiff delivered to Defendant a third document request.  Plaintiff subsequently has made several communications regarding when responses to these requests would be received.  In late April, an attorney for the Department of State requested that Plaintiff's

counsel forward additional copies of such requests; implying that he had not yet received them. Copies of the documents were provided directly again on April 24, 2007. To date, several of the responses to these requests of Plaintiff remain outstanding, and no information as to when the information would be provided has been received. As a result, Plaintiff is today filing a Motion to Compel Production directly addressing these pending discovery items. Within that motion, relevant correspondence will be provided citing the bases of the motion.

     3. Plaintiff also has had difficulty scheduling depositions with State Department employees in this matter. Information regarding the locations and points of contact of several State Department employees to be used as witnesses was not provided until April 2007, following the inability of the Defendant to produce such witnesses at scheduled depositions in November-December 2006 and in early March 2007. Plaintiff's intention to depose such witnesses in late April was thwarted by a sudden requirement that Plaintiff's counsel vacate his previous law office, and move such office prior to May 1, 2007. Defendant's counsel was notified of this requirement on April 24, 2007, and Plaintiff's counsel has not been available to complete depositions because of the necessary move. A Notice of Change of Address was filed today with the Court reflecting the completion of the office move.

     4. It is Plaintiff's current conclusion that to obtain cooperation of Government witnesses it will be necessary to subpoena all Department of State witnesses, as the Department has stated that it will not bring out of town witnesses to Washington for deposition testimony. The requested extension will permit the issuance and scheduling of such subpoenas.

5. Plaintiff Garcia's scheduled deposition for April 30, 2007, has been stipulated as moved to later in May, with a target date of May 15, 2007. The timing of this deposition will ensure that the requested extension of discovery by Plaintiff will not significantly inconvenience the Defendant or his counsel.

For all of the above-cited reasons, the further requested extension of time to complete discovery of approximately six weeks, to June 15, 2007, will enable the completion by Plaintiff of all pretrial discovery actions cited herein.

A proposed Order is attached for the Court's consideration.

                                               Respectfully submitted,

                                               ___/s/ *Michael W. Beasley*___
                                               MICHAEL W. BEASLEY, ESQ.
                                               D. C. Bar No. 248930
                                             200 Park Avenue, Suite 106
                                             Falls Church, Virginia  22046
                                             Phone:  (703) 533-5875
                                             Fax:  (703) 533-5876
                                             E-Mail:  beasleys2@verizon.net

                                             Counsel for Plaintiff Marc A. Garcia

Dated:  May 1, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that one copy of the foregoing "Plaintiff's Motion for Extension of Time to Complete Discovery," with attached proposed Order, has been served, by electronic mail (e-mail) and by first-class mail, postage prepaid, this 1st day of May, 2007, to the following named counsel for Defendant in this proceeding:

William Mark Nebeker, Esq.
Assistant United States Attorney
United States Attorney's Office - Civil Division
555 4th Street, N. W.
Washington, D. C.  20530
E-Mail:  mark.nebeker@usdoj.gov

   /s/   *Michael W. Beasley*
Michael W. Beasley, Esq.
D. C. Bar No. 248930
Attorney for Plaintiff Marc A. Garcia