## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARC A. GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE,<br>    In Her Official Capacity as Secretary,<br>    United States Department of State,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1285 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter comes before the Court pursuant to the Plaintiff's Motion for an additional extension of time to complete discovery in this proceeding, to June 15, 2007. Based upon the facts and circumstances set forth in the Motion, and the full record of this proceeding, the Plaintiff's Consent Motion is hereby GRANTED.

IT IS HEREBY ORDERED that discovery in this proceeding will end on June 15, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

Serve:

Michael W. Beasley, Esq.
200 Park Avenue, Suite 106
Falls Church, Virginia  22046
Beasleys2@verizon.net


W. Mark Nebeker
Assistant United States Attorney
Office of the U. S. Attorney for the District of Columbia
555 4th Street, N. W. – Civil Division
Washington, D. C.  20530
Mark.Nebeker@usdoj.gov