UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC A. GARCIA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZZA RICE, )<br>   In Her Official Capacity as Secretary, )<br>   United States Department of State, )<br>)<br>    Defendant. )<br>) | Civil Action No. 05-1285 (HHK) |

**ORDER**

This matter comes before the Court pursuant to the Plaintiff's Motion to Compel Defendant's production of discovery responses regarding Plaintiff's discovery request Nos. 2 and 3. Based upon the facts and circumstances set forth in the Motion and any Opposition thereto, and the full record of this proceeding, the Plaintiff's Motion is hereby GRANTED.

IT IS HEREBY ORDERED that Defendant will provide discovery responsive to Plaintiff's discovery request Nos. 2 and 3 within thirty (30) days of the issuance of this Order.

 

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

2

Serve:

Michael W. Beasley, Esq.
200 Park Avenue, Suite 106
Falls Church, Virginia  22046
Beasleys2@verizon.net


W. Mark Nebeker
Assistant United States Attorney
Office of the U. S. Attorney for the District of Columbia
555 4th Street, N. W. – Civil Division
Washington, D. C.  20530
Mark.Nebeker@usdoj.gov