**LAW OFFICES OF MICHAEL W. BEASLEY**
411 EAST BROAD STREET
FALLS CHURCH, VIRGINIA 22046
TELEPHONE (703) 241-2909   FAX (703) 241-5885

December 16, 2006

**BY FAX AND REGULAR MAIL**

William Mark Nebeker, Esq.
Assistant United States Attorney
United States Attorney's Office, Civil Division
Judiciary Center Building
555 4th Street, N. W.
Washington, D. C. 20530

      RE: Plaintiff's Additional (3d) Request for Production of Documents
          in re: Garcia v. Rice, CA No. 05-cv-0185 (HHK)

Dear Mr. Nebeker:

    Pursuant to the previously provided set of Instructions and Definitions, the following additional Document Request is hereby propounded to Defendant:

    **16.** Provide copies of all documents, reports, publications, summaries, investigation products, research studies, or papers which have been created (electronically, in documentary form, or in any other media format), distributed, published, or made available internally within the Defendant Department of State, or externally made available to the public or to any third parties, developed or generated during the period of January 1996 through the date of this Request for Production of Documents, which addresses the following subject: The provision of information, analyses or conclusions regarding promotional selection rates among or which includes eligible special agent employees of the Diplomatic Security Service (DSS), which is based upon or includes demographic information, race and/or color and/or national origin of individual eligible employees for promotion.

    Please present this information to me at the above address within the appropriate period of time for response. Also, feel free to contact me at any time regarding the contents of this correspondence.

                                  Sincerely,

                                  Michael W. Beasley, Esq.
                                  Counsel for Plaintiff Marc A. Garcia

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing "Plaintiff's Additional (3d) Request for Production of Documents in re: Garcia v. Rice, CA No. 05-cv-0185 (HHK)" was served by fax and by regular mail, postage prepaid, this 16th day of December, 2006, to the following named counsel for Defendant:

William Mark Nebeker, Esq.
Assistant United States Attorney
United States Attorney's Office, Civil Division
Judiciary Center Building
555 4th Street, N. W.
Washington, D. C. 20530

*Also sent via E-mail on 12/16/06* — MBeasley

Michael W. Beasley, Esq.
Counsel for Plaintiff Marc A. Garcia