**LAW OFFICES OF MICHAEL W. BEASLEY**
*411 EAST BROAD STREET*
*FALLS CHURCH, VA 22046*
*Phone: (703) 241-2909; Fax: (703) 241-5885*

February 15, 2007

<u>By E-Mail and Delivered by Hand</u>

W. Mark Nebeker, Esquire
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, N. W.
Washington, D. C. 20530

      Re: <u>Discovery, Garcia v. Rice, CA No. 1:05-cv-0185 (HHK)</u>

Dear Mr. Nebeker,

      I need to know your formal position regarding my prospective Motion to Compel Production of Defendant's responses to my Second and Third Requests for Production of Documents served upon you on December 15th and 16th, 2006, respectively. Please provide this information to me by phone, to (703) 994-2524, or by e-mail to this address, by close of business Friday, February 16th. I also will be moving to compel production of any and all documents cited by Defendant as requiring a Confidentiality Agreement and Order, and noting your continuing refusal to execute such document.

      Also provided herewith are Plaintiff's modified Notices of Depositions, all of which are noticed for the week of March 5-9, 2007. Please note that I am out of town on another case during the periods February 19-27 and March 12-15, 2007, so it is imperative that depositions be conducted during this designated week, if at all possible. As before, I have initially designated the AUSA offices in Washington as the location of depositions, as a convenience to the Agency. I am amenable to alternative locations, and can provide an alternative location myself, if your offices are not available during the designated dates/times specified for depositions.

      Finally, please find Plaintiff's Requests for Admissions from the Defendant in this proceeding.

                                                           Sincerely,

                                                          /s/ *Michael W. Beasley*
                                                      Michael W. Beasley, Esq.
                                                      Attorney for Plaintiff Marc A. Garcia

Enclosures: As Stated