UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC A. GARCIA,<br><br>        Plaintiff,<br><br>        v.<br><br>CONDOLEEZZA RICE,<br><br>        Defendant. | Civil Action 05-01285 (HHK) |

ORDER REFERRING MOTION
TO UNITED STATES MAGISTRATE JUDGE

It is this 4th day of May, 2007, hereby

**ORDERED** that plaintiff's motion to compel [#14], filed May 1, 2007, is referred to United States Magistrate Deborah A. Robinson for her determination pursuant to LCvR 72.2(a). Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Robinson, "DAR," in the caption next to the initials of the undersigned judge. *See* LCvR 5.1(f).

                                                                     Henry H. Kennedy, Jr.
                                                                     United States District Judge