UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARC A. GARCIA,                          )
                                         )
          Plaintiff,                     )
                                         )
     v.                                  )Civil Action No. 05-1285 HHK/DAR
                                         )
CONDOLEEZZA RICE,                        )
   Secretary of State of the             )
   United States of America,             )
                                         )
          Defendant.                     )
_____)

CONSENT MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant hereby moves, pursuant to Rule 6(b) of the Federal

Rules of Civil Procedure, for an enlargement of time within which

to file a response to Plaintiff's motion to compel discovery up

to and including Friday, June 8, 2007, should the matter not

earlier be resolved by the parties.  Counsel for Plaintiff,

Michael Beasley, Esq., has indicated this date that he consents

to this enlargement of time for this purpose.

Defendant's counsel requests this additional time, because,

although the parties have made progress in resolving a portion of

Plaintiff's motion,[1] the parties are working to continue these

efforts.  Counsel for Plaintiff and counsel for Defendant,

however, have been completing needed filings in several other

---

[1]  Plaintiff had sought an address of a non-State Department
employee, Graehme Baxter.  The agency believes it has located the
individual with relevant information, a person whose name is Grae
Baxter, and Defendant has provided contact information for this
person to counsel for Plaintiff.

cases and cannot schedule a time before next week to further

those efforts.  In addition, counsel for Defendant was called

upon this date to complete no fewer than seven (7) tasks in

unrelated cases, including a witness conference, a settlement in

another case that required immediate action to accomplish a

retirement by tomorrow, another filing and several discovery

documents.  Finally, counsel has at least seven (7) filings due

next week as well.

     Defendant is hopeful that the matter will be completely

resolved to Plaintiff's satisfaction when the parties confer next

week.  But, if there remain outstanding issues, counsel will

require an additional week to complete the needed response.

     WHEREFORE, Defendant requests an enlargement of time in this

matter.  A proposed Order consistent with the foregoing motion is

attached hereto.

Respectfully submitted,


_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Unopposed
Motion For Enlargement Of Time, And Memorandum In Support Thereof
has been made through the Court's electronic transmission
facilities on this 31st day of May, 2007.


_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230