```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MARC A. GARCIA,                     )
                                    )
          Plaintiff,                )
                                    )
     v.                             )Civil Action No. 05-1285 HHK/DAR
                                    )
CONDOLEEZZA RICE,                   )
   Secretary of State of the        )
   United States of America,        )
                                    )
          Defendant.                )
_____    )
```

ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion For An Enlargement, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this \_\_\_\_\_ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which Defendant may file a response to Plaintiff's Motion To Compel herein is enlarged up to and including June 8, 2007.

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

MICHAEL W. BEASLEY, ESQ.
411 East Broad Street

Falls Church, VA  22046