```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MARC A. GARCIA,                     )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )Civil Action No. 05-1285 HHK/DAR
                                    )
CONDOLEEZZA RICE,                   )
   Secretary of State of the        )
   United States of America,        )
                                    )
        Defendant.                  )
_____)
```

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a response to Plaintiff's motion to compel discovery up to and including Friday, June 25, 2007, should the matter not earlier be resolved by the parties. Counsel for Plaintiff, Michael Beasley, Esq., has indicated this date that he consents to this enlargement of time for this purpose.

Defendant's counsel requests this additional time, because, although the parties have made progress in resolving a portion of Plaintiff's motion, the parties are working to continue these efforts. In addition, the Assistant United States Attorney ("AUSA") assigned primary responsibility in this matter will be away from the office on Thursday, June 7, 2007, to attend a funeral at which he will be a pallbearer. Counsel's responsibilities in several other matters, including assistance he was called upon to provide to assist in resolving a Bar

Counsel matter this date, and the need to gather some additional information from agency counsel in this case, will not permit the completion of the needed discussions and filings before June 25, 2007.

    WHEREFORE, Defendant requests an enlargement of time in this matter.  A proposed Order consistent with the foregoing motion is attached hereto.

                          Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof has been made through the Court's electronic transmission facilities on this 6th day of June, 2007.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230