```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MARC A. GARCIA,                    )
                                   )
        Plaintiff,                 )
                                   )
    v.                             ) Civil Action No. 05-1285 HHK/DAR
                                   )
CONDOLEEZZA RICE,                  )
   Secretary of State of the       )
   United States of America,       )
                                   )
        Defendant.                 )
_____)
```

ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion For An Enlargement, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2007, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which Defendant may file a response to Plaintiff's Motion To Compel herein is enlarged up to and including June 25, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

W. MARK NEBEKER                    MICHAEL W. BEASLEY, ESQ.
Assistant U.S. Attorney            411 East Broad Street
Civil Division                     Falls Church, VA  22046
555 4th Street, N.W.
Washington, DC  20530