UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARC A. GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1285 (HHK) |
| ) | (DAR) |
| CONDOLEEZZA RICE, ) | |
| As Secretary, U. S. Department of State, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION FOR**
**FURTHER EXTENSION OF TIME TO COMPLETE DISCOVERY**

Plaintiff in this proceeding, Marc A. Garcia, by and through counsel, hereby submits this Motion for an extension of time for an additional forty-five (45) days to complete remaining discovery, which currently ends June 15, 2007. The requested extension would result in a new discovery end date on or before July 30, 2007. In support thereof, Plaintiff submits the following facts and circumstances:

1.  Plaintiff Garcia has remained been intensively involved in a return to full-time duty with the Department of State over the past 30 days, which has included a change of duty station from Miami, Florida, to New York City, New York. He has remained unavailable during this period of time to assist in the completion of case discovery.

2.  Moreover, Plaintiff and Defendant remain involved in a discovery dispute being adjudicated by Magistrate Judge Robinson. Plaintiff's Motion to Compel Production of outstanding discovery remains to be determined, although the parties are

working on themselves resolving all discovery issues prior to the Magistrate Judge's issuance of an Order on the matters pending

    3.  Besides remaining document discovery, interrogatory responses, and responses to requests for admission, much of which is due to be served on June 14th or 15th, 2007, the parties also desire to complete certain depositions as soon as Mr. Garcia is available. The requested extension of time will permit completion of the remaining depositions.

    4.  The Court's next significant administrative date is a Status Conference set for November 16, 2007.  Thus, the requested extension for the completion of remaining discovery should not affect the scheduling of this conference.

    Pursuant to the Local Rules, counsel for Defendant has been consulted regarding this Motion and consents to the granting thereof.

    A proposed Order is provided for the Court's consideration.

                                              Respectfully submitted,

                                              /S/
                                     MICHAEL W. BEASLEY, ESQ.
                                     D. C. Bar No. 248930
                                     200 Park Avenue, Suite 106
                                     Falls Church, Virginia  22046
                                     Phone:  (703) 533-5875
                                     Fax:  (703) 533-5876
                                     E-Mail:  beasleys2@verizon.net

                                     Counsel for Plaintiff

Dated:  June 13, 2007

Enclosure:  Attachment A, Proposed Order

## **CERTIFICATE OF SERVICE**

I hereby certify that one copy of the foregoing "Plaintiff's Consent Motion for Further Extension of Time to Complete Discovery," with attached proposed Order, has been served, through the Court's electronic filing system (ECF) and by first-class mail, postage prepaid, this 13th day of June, 2007, to the following named counsel for Defendant in this proceeding:

William Mark Nebeker, Esq.
Assistant United States Attorney
United States Attorney's Office - Civil Division
555 4th Street, N. W.
Washington, D. C.  20530
E-Mail:  mark.nebeker@usdoj.gov

                                                 /S/
                                   Michael W. Beasley, Esq.
                                   D. C. Bar No. 248930
                                   Attorney for Plaintiff Marc A. Garcia