UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC A. GARCIA,         )<br>                                    )<br>     Plaintiff,              )<br>                                    )<br>v.                                )     Civil Action No. 05-1285 (HHK)<br>                                    )                          (DAR)<br>CONDOLEEZZA RICE,  )<br>  As Secretary, U.S. Department of State,  )<br>                                    )<br>     Defendant.          )<br>                                    ) | |

## ORDER

This matter comes before the Court pursuant to the Plaintiff's Consent Motion for a further extension of time of 45-days to complete discovery in this proceeding. Based upon the facts and circumstances set forth in the Motion, and the full record of this proceeding, the Plaintiff's Consent Motion is hereby GRANTED.

IT IS HEREBY ORDERED that discovery in this proceeding will end on or before July 30, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

Serve:

Michael W. Beasley, Esq          W. Mark Nebeker.
200 Park Avenue, Suite 106     Assistant United States Attorney
Falls Church, Virginia  22046    555 4th Street, N. W. – Civil Division
beasleys2@verizon.net             Washington, D. C.  20530
                                                   Mark.Nebeker@usdoj.gov