```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MARC A. GARCIA,                    )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )Civil Action No. 05-1285 HHK/DAR
                                   )
CONDOLEEZZA RICE,                  )
   Secretary of State of the       )
   United States of America,       )
                                   )
        Defendant.                 )
_____)
```

           UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
              AND MEMORANDUM IN SUPPORT THEREOF

Defendant hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a response to Plaintiff's motion to compel discovery up to and including June 29, 2007.  Counsel for Plaintiff, Michael Beasley, Esq., has indicated that Plaintiff does not oppose this motion.

Defendant's counsel requests this additional time, because, he learned recently that the Department of State had located two potentially responsive documents which had not earlier been located, and counsel must review them to determine if they may properly be released and whether their release would render moot any of the issues to be addressed in the motion to compel.  In addition, Counsel has been working on a partially dispositive motion in the case, which is likely to affect the resolution of the motion to compel as well.  His efforts on that motion and difficulties in locating and scanning the exhibits in this case

have delayed completion of the needed opposition in the case. Finally, with the discovery of these additional two documents, counsel for the parties intend to continue discussions in an effort to resolve the motion to compel without the need to further involve the Court.

WHEREFORE, Defendant requests an enlargement of time in this matter. A proposed Order consistent with the foregoing motion is attached hereto.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Motion For Enlargement Of Time, And Memorandum In Support Thereof has been made through the Court's electronic transmission facilities on this 25th day of June, 2007.

 

                                                _____
                                                W. MARK NEBEKER, D.C. Bar #396739
                                                Assistant United States Attorney
                                                Civil Division
                                                555 4th Street, N.W.
                                                Washington, DC  20530
                                                (202) 514-7230