```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

MARC A. GARCIA,                    )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )Civil Action No. 05-1285 HHK/DAR
                                   )
CONDOLEEZZA RICE,                  )
   Secretary of State of the       )
   United States of America,       )
                                   )
        Defendant.                 )
_____ ___)
```

ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion For An Enlargement, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this \_\_\_\_\_ day of _____, 2007, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which Defendant may file a response to Plaintiff's Motion To Compel herein is enlarged up to and including June 29, 2007.

```
                              _____
                              UNITED STATES MAGISTRATE JUDGE
```

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

MICHAEL W. BEASLEY, ESQ.
200 Park Avenue, Suite 106
Falls Church, Virginia 22046