## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC A. GARCIA,                 ) <br><br>      Plaintiff,               ) <br><br> v.                     ) <br><br> CONDOLEEZZA RICE,      ) <br>   As Secretary, U. S. Department of State,   ) <br><br>      Defendant.            ) | Civil Action No. 05-1285 (HHK) <br> (DAR) |

### PLAINTIFF'S PRAECIPE NOTICE OF WITHDRAWAL OF PLAINTIFF'S PENDING MOTION TO COMPEL PRODUCTION OF DISCOVERY

Plaintiff in this proceeding, Marc A. Garcia, by and through counsel, hereby respectfully withdraws his Motion to Compel Production of Discovery currently pending in this proceeding.

Counsel for Plaintiff and counsel for Defendant have been working to resolve all pending issues affected by the motion to compel production, and it appears that all issues have been resolved or will be resolved satisfactorily between the parties.

Plaintiff appreciates the intervention of the Court in this matter, and will continue to work with Defendant in completing all remaining discovery within the discovery timelines approved by the Court.

Respectfully submitted,

_____/S/_____

MICHAEL W. BEASLEY, ESQ.
D. C. Bar No. 248930
200 Park Avenue, Suite 106
Falls Church, Virginia  22046
Phone:  (703) 533-5875
Fax:  (703) 533-5876
E-Mail:  beasleys2@verizon.net

Counsel for Plaintiff

Dated:  June 28, 2007

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing "Plaintiff's Praecipe Notice of

Withdrawal of Plaintiff's Motion to Compel Discovery" been served, through the Court's

electronic filing system (ECF), this 28th day of June, 2007, to the following named

counsel for Defendant in this proceeding:

William Mark Nebeker, Esq.
Assistant United States Attorney
United States Attorney's Office - Civil Division
555 4th Street, N. W.
Washington, D. C.  20530
E-Mail:  mark.nebeker@usdoj.gov

_____/S/_____

Michael W. Beasley, Esq.
D. C. Bar No. 248930
Attorney for Plaintiff Marc A. Garcia

2