UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC A. GARCIA,                     ) | |
|     Plaintiff,                     ) | |
| v.                                                    ) | Civil Action No. 05-1285 (HHK) |
|                                                        ) | (DAR) |
| CONDOLEEZZA RICE,           ) | |
|   As Secretary, U. S. Department of State,  ) | |
|     Defendant.                  ) | |

**PLAINTIFF'S CONSENT MOTION FOR
ADDITIONAL EXTENSION OF TIME TO COMPLETE DISCOVERY**

    Plaintiff in this proceeding, Marc A. Garcia, by and through counsel, hereby submits this Motion for an extension of time to complete remaining discovery in this case. The Court's current deadline to complete discovery ends July 30, 2007. The requested extension would result in a new discovery end date on or before September 14, 2007. In support thereof, Plaintiff submits the following facts and circumstances:

    1. Plaintiff Garcia has continued to be unstable in his work location for the past several weeks. Since June, he has moved with his family to New York City for his next ATF professional assignment, and now (mid-July) has returned to Washington, D. C., for an additional extended period of active military duty. He has remained unavailable during this period of time to assist in the completion of case discovery.

    2. Plaintiff and Defendant now have resolved their prior discovery dispute before Magistrate Judge Robinson, with Plaintiff's withdrawal of his Motion to Compel Production of outstanding discovery. With the matters in dispute now resolved,

additional time for both parties to answer remaining outstanding interrogatories, document requests, requests for admission, and to conduct a small number of depositions, is required.

3. Defendant's counsel notes that he is heavily involved in responding to an emergency TRO, and also would appreciate the requested extension to complete discovery in this case.

4. The requested discovery conclusion date of September 14, 2007, is well prior to the Court's next scheduled status conference docket date of November 16, 2007, and will ensure the timely conclusion of all remaining case discovery prior to the date of the next case status conference.

As noted, pursuant to the Local Rules, counsel for Defendant has been consulted regarding this Motion and consents to the granting thereof.

A proposed Order is provided for the Court's consideration.

        Respectfully submitted,

        _____/S/_____
        MICHAEL W. BEASLEY, ESQ.
        D. C. Bar No. 248930
        200 Park Avenue, Suite 106
        Falls Church, Virginia 22046
        Phone: (703) 533-5875
        Fax: (703) 533-5876
        E-Mail: beasleys2@verizon.net

        Counsel for Plaintiff

Dated: July 25, 2007

Enclosure: Attachment A, Proposed Order

**CERTIFICATE OF SERVICE**

I hereby certify that one copy of the foregoing "Plaintiff's Consent Motion for Additional Extension of Time to Complete Discovery," with attached proposed Order, has been served, through the Court's electronic filing system (ECF), this 25th day of July, 2007, to the following named counsel for Defendant in this proceeding:

William Mark Nebeker, Esq.
Assistant United States Attorney
United States Attorney's Office - Civil Division
555 4th Street, N. W.
Washington, D. C.  20530
E-Mail:  mark.nebeker@usdoj.gov

        /S/
Michael W. Beasley, Esq.
D. C. Bar No. 248930
Attorney for Plaintiff Marc A. Garcia