UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARC A. GARCIA, )<br>  )<br>     Plaintiff, )<br>  )<br> v. )<br>  )<br> CONDOLEEZZA RICE, )<br>    As Secretary, U.S. Department of State, )<br>  )<br>     Defendant. )<br>  ) | Civil Action No. 05-1285 (HHK)<br>(DAR) |

## ORDER

This matter comes before the Court pursuant to the Plaintiff's Consent Motion for a further extension of time to complete discovery in this proceeding. Based upon the facts and circumstances set forth in the Motion, and the full record of this proceeding, the Plaintiff's Consent Motion is hereby GRANTED.

IT IS HEREBY ORDERED that discovery in this proceeding will end on or before September 14, 2007.

UNITED STATES DISTRICT JUDGE

Dated: _____

Serve:

Michael W. Beasley, Esq
200 Park Avenue, Suite 106
Falls Church, Virginia  22046
beasleys2@verizon.net

W. Mark Nebeker.
Assistant United States Attorney
555 4th Street, N. W. – Civil Division
Washington, D. C.  20530
Mark.Nebeker@usdoj.gov