UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARC A. GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE,<br>    As Secretary, U. S. Department of State,<br><br>    Defendant. | Civil Action No. 05-1285 (HHK)<br>(DAR) |

**PLAINTIFF'S CONSENT MOTION FOR
ADDITIONAL EXTENSION OF TIME TO COMPLETE DISCOVERY**

    Plaintiff in this proceeding, Marc A. Garcia, by and through counsel, hereby submits this Motion for an extension of time to complete remaining discovery in this case. The Court's current deadline to complete discovery ends September 14, 2007. The requested extension would result in a new discovery end date on or before October 16, 2007. In support thereof, Plaintiff submits the following facts and circumstances:

    1. While Plaintiff Garcia has returned to Washington, D. C., for an additional extended period of active military duty, he remains available only for occasionally for the completion of discovery in this proceeding.

    2. While Plaintiff and Defendant now have resolved their prior discovery dispute before Magistrate Judge Robinson, additional time for both parties to answer remaining outstanding interrogatories, document requests, requests for admission, and to conduct a small number of depositions, is required.

3. The requested discovery conclusion date of October 16, 2007, is prior to the Court's next scheduled status conference docket date of November 16, 2007, and will ensure the timely conclusion of all remaining case discovery prior to the date of the next case status conference.

As noted, pursuant to the Local Rules, counsel for Defendant has been consulted regarding this Motion and consents to the granting thereof.

A proposed Order is provided for the Court's consideration.

                                               Respectfully submitted,

                                               /S/
                                             MICHAEL W. BEASLEY, ESQ.
                                             D. C. Bar No. 248930
                                             200 Park Avenue, Suite 106
                                             Falls Church, Virginia 22046
                                             Phone: (703) 533-5875
                                             Fax: (703) 533-5876
                                             E-Mail: beasleys2@verizon.net

                                             Counsel for Plaintiff

Dated: September 7, 2007

Enclosure: Attachment 1, Proposed Order

## **CERTIFICATE OF SERVICE**

I hereby certify that one copy of the foregoing "Plaintiff's Consent Motion for Additional Extension of Time to Complete Discovery," with attached proposed Order, has been served, through the Court's electronic filing system (ECF), this 7th day of September, 2007, to the following named counsel for Defendant in this proceeding:

William Mark Nebeker, Esq.
Assistant United States Attorney
United States Attorney's Office - Civil Division
555 4th Street, N. W.
Washington, D. C.  20530
E-Mail:  mark.nebeker@usdoj.gov

                                            /S/
                                   Michael W. Beasley, Esq.
                                   D. C. Bar No. 248930
                                   Attorney for Plaintiff Marc A. Garcia