**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARC A. GARCIA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1285 (HHK)** |
| ) | **(DAR)** |
| **CONDOLEEZZA RICE,** ) | |
| **As Secretary, U.S. Department of State,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

<u>**ORDER**</u>

This matter comes before the Court pursuant to the Plaintiff's Consent Motion for a further extension of time to complete discovery in this proceeding.  Based upon the facts and circumstances set forth in the Motion, and the full record of this proceeding, the Plaintiff's Consent Motion is hereby GRANTED.

IT IS HEREBY ORDERED that discovery in this proceeding will end on or before October 16, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

Serve:

Michael W. Beasley, Esq
200 Park Avenue, Suite 106
Falls Church, Virginia  22046
beasleys2@verizon.net

W. Mark Nebeker.
Assistant United States Attorney
555 4th Street, N. W. – Civil Division
Washington, D. C.  20530
Mark.Nebeker@usdoj.gov