UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARC A. GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1285 (HHK) |
| ) | (DAR) |
| CONDOLEEZZA RICE, ) | |
| As Secretary, U. S. Department of State, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION FOR
ADDITIONAL EXTENSION OF TIME TO COMPLETE DISCOVERY**

Plaintiff in this proceeding, Marc A. Garcia, by and through counsel, hereby submits this Motion for an extension of time to complete remaining deposition discovery in this case. The Court's current deadline to complete discovery ends October 16, 2007. The requested extension would result in a new discovery end date on or before November 15, 2007. In support thereof, Plaintiff submits the following facts and circumstances:

1. A number of the relevant Department of State ("DOS", the Defendant Agency) employees are no longer employed by DOS. Although the witnesses have now been located, it has taken additional time for Plaintiff to schedule and conduct these depositions – either requiring travel or by coordinated telephonic deposition.

2. The newly requested discovery conclusion date of November 15, 2007, is prior to the Court's next scheduled status conference docket date of November 16, 2007, and will further ensure the timely conclusion of all remaining case discovery prior to the date of the next case status conference.

As noted, pursuant to the Local Rules, counsel for Defendant has been consulted regarding this Motion and consents to the granting thereof.

A proposed Order is provided for the Court's consideration.

                                            Respectfully submitted,

                                            */s/ Michael W. Beasley*
                                            MICHAEL W. BEASLEY, ESQ.
                                            D. C. Bar No. 248930
                                            200 Park Avenue, Suite 106
                                            Falls Church, Virginia 22046
                                            Phone: (703) 533-5875
                                            Fax: (703) 533-5876
                                            E-Mail: beasleys2@verizon.net

                                            Counsel for Plaintiff

Dated: October 16, 2007
Enclosure: Attachment 1, Proposed Order


## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing "Plaintiff's Consent Motion for Additional Extension of Time to Complete Discovery," with attached proposed Order, has been served, through the Court's electronic filing system (ECF), this 16th day of October, 2007, to the following named counsel for Defendant in this proceeding:

William Mark Nebeker, Esq.
Assistant United States Attorney
United States Attorney's Office - Civil Division
555 4th Street, N. W.
Washington, D. C. 20530
E-Mail: mark.nebeker@usdoj.gov

                                            */s/ Michael W. Beasley*
                                            Michael W. Beasley, Esq.
                                            D. C. Bar No. 248930
                                            Attorney for Plaintiff Marc A. Garcia