UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARC A. GARCIA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CONDOLEEZZA RICE,** )<br>As Secretary, U. S. Department of State, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1285 (HHK)<br>(DAR) |

**PLAINTIFF'S FINAL MOTION FOR**
**ADDITIONAL EXTENSION OF TIME TO COMPLETE DISCOVERY**

Plaintiff in this proceeding, Marc A. Garcia, by and through counsel, hereby submits this Motion for an extension of time to complete remaining deposition discovery in this case. The Court's current deadline to complete discovery ends November 15, 2007. The requested extension would result in a new discovery end date on or before December 14, 2007. In support thereof, Plaintiff submits the following facts and circumstances:

1. As previously noted in this docket, a number of the relevant Department of State ("DOS", the Defendant Agency) employees are no longer employed by DOS. Unfortunately, it has taken longer than expected for Plaintiff to schedule and conduct these depositions – either requiring travel or by coordinated telephonic deposition.

2. During the past thirty days, Plaintiff's counsel has been heavily engaged in also concluding discovery in two other Federal Court proceedings, and in preparing for and arguing an appeal before the Fourth United States Circuit Court of Appeals. Such activities have hampered his ability to conclude discovery (depositions) in this matter.

3. It is anticipated that this will be the last such discovery extension required by Plaintiff in this case.

As noted, pursuant to the Local Rules, counsel for Defendant has been contacted by e-mail regarding this Motion on the morning of November 14, 2007, but has not yet responded. Because of the deposition of Mr. Garcia to be conducted on November 15, 2007 (the last day of the current discovery deadline), this motion is submitted without waiting further for receipt of such response.

A proposed Order is provided for the Court's consideration.

                      Respectfully submitted,

                      */s/ Michael W. Beasley*
                      MICHAEL W. BEASLEY, ESQ.
                      D. C. Bar No. 248930
                      200 Park Avenue, Suite 106
                      Falls Church, Virginia 22046
                      Phone: (703) 533-5875
                      Fax: (703) 533-5876
                      E-Mail: beasleys2@verizon.net

                      Counsel for Plaintiff

Dated: November 15, 2007

Enclosure: Attachment 1, Proposed Order

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing "Plaintiff's Final Motion for Additional Extension of Time to Complete Discovery," with attached proposed Order, has been served, through the Court's electronic filing system (ECF), this 15th day of November, 2007, to the following named counsel for Defendant in this proceeding:

William Mark Nebeker, Esq.
Assistant United States Attorney
United States Attorney's Office - Civil Division
555 4th Street, N. W.
Washington, D. C.  20530
E-Mail:  mark.nebeker@usdoj.gov

                                          /s/ *Michael W. Beasley*
                                          Michael W. Beasley, Esq.
                                          D. C. Bar No. 248930
                                          Attorney for Plaintiff Marc A. Garcia