UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARC A. GARCIA,       )<br>                               )<br>       Plaintiff,         )<br>                               )<br> v.                           )<br>                               )<br> CONDOLEEZZA RICE,    )<br>   As Secretary, U.S. Department of State,  )<br>                               )<br>       Defendant.       )<br>                               ) | Civil Action No. 05-1285 (HHK)<br>                          (DAR) |

## ORDER

This matter comes before the Court pursuant to the Plaintiff's Motion for a further and final extension of time to complete discovery in this proceeding. Based upon the facts and circumstances set forth in the Motion, and the full record of this proceeding, the Plaintiff's Consent Motion is hereby GRANTED.

IT IS HEREBY ORDERED that discovery in this proceeding will end on or before December 14, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

Serve:

Michael W. Beasley, Esq         W. Mark Nebeker.
200 Park Avenue, Suite 106      Assistant United States Attorney
Falls Church, Virginia  22046   555 4th Street, N. W. – Civil Division
beasleys2@verizon.net           Washington, D. C.  20530
                                Mark.Nebeker@usdoj.gov