UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARC A. GARCIA,                         )
                                        )
        Plaintiff,                      )
                                        )
   v.                                   ) Civil Action No. 05-1285 HHK
                                        )
CONDOLEEZZA RICE, Secretary of State    )
   of the United States of America,     )
                                        )
        Defendant.                      )
_____)

NOTICE AND STIPULATION OF DISMISSAL

The parties hereby notify the Court and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this civil action are hereby dismissed with prejudice, each party to bear its own costs and fees.

Respectfully Submitted,

_____
MARC A. GARCIA
Plaintiff

_____
MICHAEL W. BEASLEY, ESQ.
Law Office of MW Beasley
200 Park Avenue, Suite 106
Falls Church, VA  22046
(703) 533-5875

Counsel for Plaintiff

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230